IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03024-MSK-MEH

DARRELL HAVENS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 15, 2015.**

    Plaintiff's unopposed Motion to Conduct Deposition of Incarcerated Witness Pursuant to Fed. R. Civ. P. 30(a)(2)(B) [filed September 14, 2015; docket #39] is **granted**. Counsel for Plaintiff will work with the appropriate officials at the relevant correctional facility as well as with the Defendant to schedule the deposition of the incarcerated witness at a mutually convenient time for all concerned.